In the Matter of the Claim of ANNA SCHULZ, Respondent, against HANDI-MAN COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ.